UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

J.V. MANUFACTURING, INC.,           :
J.V. MANUFACTURING, INC. t/a
and d/b/a CRAM-A-LOT,               :

    Plaintiffs                 :        CIVIL ACTION NO. 3:22-412

    v.                         :        (JUDGE MANNION)

DEMATIC CORPORATION;                :
DEMATIC CORP.,
                                    :
    **Defendants**

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The defendant's motion to dismiss the plaintiff's complaint **(Doc. 3)** is **GRANTED**.

**(2)** The plaintiff's complaint **(Doc. 1)** is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction pursuant to Fed.R.Civ.P. 12(b)(1).

**(3)** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 20, 2023**
22-412-01-ORDER